# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGINDER SINGH,<br><br>              Petitioner,<br>     v.<br>US ATTORNEY GENERAL ANDRE BIROTTE, JR.; ALEJANDRO MAYORKAS; JANET NAPOLITANO,<br><br>              Respondents. | Case No. 2:13-cv-03758-ODW(SHx)<br><br>**ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

On June 4, 2013, Petitioner Joginder Singh filed suit against various immigration-related Respondents seeking to have Respondents adjudicate Singh's wife and daughters' Form I-130 visa petitions. (ECF No. 2.) Singh served Respondents on July 19, 2013. (ECF No. 8.)

On September 18, 2013, the Court ordered Singh to show cause why his case should not be dismissed for failure to prosecute, as he had not moved for entry of default against Respondents. (ECF No. 11.) The parties then stipulated to give Respondents until October 16, 2013, to respond to the petition—a stipulation which the Court accepted. (ECF Nos. 12, 13.)

Now three months later, Respondents still have not answered or otherwise responded to Singh's petition for a writ of mandamus. The Court therefore **ORDERS** Singh to **SHOW CAUSE** by **Wednesday, January 22, 2014**, why his petition should

not be dismissed for lack of prosecution.  No hearing will be held.  The Court will discharge this Order upon Respondents' response or Singh's application for entry of default with the Clerk of Court.  Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

January 15, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**