**HOWARD LAW, PC**
VINCENT D. HOWARD (SBN 232478)
vhoward@howardlawpc.com
GREGORY H. D. ALUMIT (SBN 257124)
galumit@howardlawpc.com
2099 S. State College Blvd., Suite 600
Anaheim, CA 92806
Tel.: (800) 872-5925
Fax: (888) 533-7310

Attorneys for Plaintiffs
Jayson Beck and Nancy Beck

ELIZABETH L. MCKEEN (S.B. #216690)
emckeen@omm.com
SABRINA H. STRONG (S.B. #200292)
strong@omm.com
DANIELLE N. OAKLEY (S.B. #246295)
doakley@omm.com
ASHLEY M. PAVEL (S.B. #267514)
apavel@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone:   (949) 823-6900
Facsimile:   (949) 823-699

Attorneys for Defendant
Ocwen Loan Servicing, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON BECK and NANCY BECK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:13-cv-06853-DDP-PJW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon consideration of the Joint Stipulation of Dismissal With Prejudice

[PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE
NO. 2:13-CV-06853-DDP-PJW

entered into between Jayson Beck and Nancy Beck, plaintiffs in the above-styled action ("Plaintiffs") and Defendant Ocwen Loan Servicing, LLC ("OLS"),

**IT IS HEREBY ORDERED** that:

(1)     All claims asserted by Plaintiffs in this action against OLS, including all claims presented by Plaintiffs' First Amended Complaint, shall be dismissed *with prejudice*; and

(2)     Plaintiff and OLS each shall bear their own costs and attorneys' fees with respect to the above claims.

Dated: March 08, 2016

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE
NO. 2:13-CV-06853-DDP-PJW